# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT A. DOANE, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )  No. 1:22-cv-10485-JEK |
|  | ) |
| NEW WAVE POWER, LLC, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

**KOBICK, J.**

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the plaintiff and designated representative of New Wave Power, LLC, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony.

SO ORDERED.

/s/ Julia E. Kobick
Julia E. Kobick
United States District Judge

Dated: June 27, 2024